# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHWESTERN DIVISION

| | |
|---|---|
| ANNA JONES, | } |
| PLAINTIFF, | } |
| v. | }  Case No.: 3:16-cv-1518-MHH |
| MIDLAND CREDIT MANAGEMENT, | } |
| DEFENDANT. | } |

## ORDER

The parties in this action filed a Joint Stipulation of Dismissal (Doc. 20), on May 10, 2017.  Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may voluntarily dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared."  Accordingly, this action is **DISMISSED WITH PREJUDICE** pursuant to the parties' stipulation of dismissal.  Each party to bear its own costs and fees. The Court **DIRECTS** the Clerk of Court to please close the file.

**DONE** and **ORDERED** this May 11, 2017.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE